1  F. Thomas Edwards, Esq. (NV Bar No. 9549)
   Email: tedwards@nevadafirm.com
2  Mary Langsner, Ph.D. (NV Bar No. 13707)
   Email: mlangsner@nevadafirm.com
3  HOLLEY DRIGGS
   300 South Fourth Street, Suite 1600
4  Las Vegas, Nevada 89101
   Telephone: 702/791-0308
5  Facsimile: 702/791-1912

6  *Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen
   Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow
7  Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Jeffrey Wright*

8                    **UNITED STATES BANKRUPTCY COURT**

9                         **DISTRICT OF NEVADA**

10

11  In re:                                    Case No. 21-14688-ABL
    MATTHEW JAMES TURNIPSEEDE and             Chapter 7
12  SONYA JAGDISH SHAH TURNIPSEEDE,

13                    Debtors.

14  CHARLES J. LADUCA; BUGGY HOLDINGS          Adv. No. 22-01017-ABL
    LLC; JUAN CESPEDES; JOHN L. EICKHOLT;
15  JAISEN FREEMAN; FREEMAN MASTER
    HOLDINGS, LLC; JENNIFER NORTH aka
16  JENNIFER FLOYD; JOHN ANDREW                **NOTICE OF ENTRY OF JUDGMENTS**
    PHILLIPS; GAY SU PINNELL; SONIA            **OF NONDISCHARGEABILITY OF DEBT**
17  DASSOW RIBEIRO aka SONIA DASSOW aka        **AGAINST MATTHEW JAMES**
    SONIA RIBEIRO; ROBERT SCHUERGER;           **TURNIPSEEDE AND SONYA JAGDISH**
18  THOMAS WEIHE, BY AND THROUGH HIS           **SHAH TURNIPSEEDE JOINTLY AND**
    REPRESENTATIVE GWEN WEIHE;                 **SEVERALLY**
19  JEFFREY WRIGHT,

20                    Plaintiffs,

21           v.                                Judge: Hon. August B. Landis

22
    MATTHEW JAMES TURNIPSEEDE and
23  SONYA JAGDISH SHAH TURNIPSEEDE,

24                    Defendants.

25

26           PLEASE TAKE NOTICE that *Judgments of Nondischargeability of Debt Against Matthew*

27  *James Turnipseede and Sonya Jagdish Shah Turnipseede Jointly and Severally* [ECF Nos. 43, 44,

28  45, 46, 47, 48, 49, 50, 51] (collectively the "Judgments") were entered on August 30, 2022.

14749-01/2820296.docx

1    A copy of said Judgments are attached hereto.

2    Dated this 2nd day of September, 2022.

3                                              **HOLLEY DRIGGS**

4                                              /s/ Mary Langsner
                                               F. Thomas Edwards, Esq. (NV Bar No. 9549)
5                                              Mary Langsner, Ph.D. (NV Bar No. 13707)
                                               300 South Fourth Street, Suite 1600
6                                              Las Vegas, Nevada 89101

7                                              *Attorneys for Charles J. LaDuca; Buggy*
                                               *Holdings LLC; Juan Cespedes; John L. Eickholt;*
8                                              *Jaisen Freeman; Freeman Master Holdings,*
                                               *LLC; John Andrew Phillips; Gay Su Pinnell;*
9                                              *Sonia Dassow Ribeiro aka Sonia Dassow aka*
                                               *Sonia Ribeiro; Robert Schuerger; Jeffrey Wright*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

14749-01/2820296.docx



_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 30, 2022

F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email: tedwards@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> MATTHEW JAMES TURNIPSEEDE and <br> SONYA JAGDISH SHAH TURNIPSEEDE, <br><br> Debtors. | Case No. 21-14688-ABL <br> Chapter 7 |
| CHARLES J. LADUCA; BUGGY HOLDINGS LLC; JUAN CESPEDES; JOHN L. EICKHOLT; JAISEN FREEMAN; FREEMAN MASTER HOLDINGS, LLC; JENNIFER NORTH aka JENNIFER FLOYD; JOHN ANDREW PHILLIPS; GAY SU PINNELL; SONIA DASSOW RIBEIRO aka SONIA DASSOW aka SONIA RIBEIRO; ROBERT SCHUERGER; THOMAS WEIHE, BY AND THROUGH HIS REPRESENTATIVE GWEN WEIHE; JEFFREY WRIGHT, <br><br> Plaintiffs, <br><br> v. | Adv. No. 22-01017-ABL <br><br> **JUDGMENT OF NONDISCHARGEABILITY OF DEBT IN FAVOR OF JOHN L. EICKHOLT AND AGAINST MATTHEW JAMES TURNIPSEEDE AND SONYA JAGDISH SHAH TURNIPSEEDE JOINTLY AND SEVERALLY** <br><br> Judge: Hon. August B. Landis |

HOLLEY DRIGGS

14749-01/2804303_3.docx

MATTHEW JAMES TURNIPSEEDE and
SONYA JAGDISH SHAH TURNIPSEEDE,

                    Defendants.

The Court having entered its Order Granting Application for Default Judgment Against Defendants [Docket No. 39] (the "Order"), which Order granted Plaintiff John L. Eickholt's *Application for Default Judgment Against Defendants* [Docket No. 30] (the "Application") on all counts advanced in the Complaint on file in this Adversary [Docket No. 1] (the "Complaint"). The Complaint sought a determination of nondischargeability of debt in favor of Plaintiff John L. Eickholt ("Mr. Eickholt") as against Defendant Matthew James Turnipseede ("Mr. Turnipseede") and Defendant Sonya Turnipseede ("Mrs. Turnipseede"; together with Mr. Turnipseede, the "Defendants"), and that Mr. Eickholt's claim be determined nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4). On April 18, 2022, the Clerk of Court issued an Entry of Default against each of the Defendants on all counts advanced in the Complaint [Docket Nos. 20, 21]. The Court entered its Order on August 26, 2022, granting Mr. Eickholt's Application and establishing the amount due and owing to Mr. Eickholt as **$217,511.00**, plus interest as calculated pursuant to 28 U.S.C. § 1961, with the relevant date for calculation of interest as date of entry of this Judgment, which amounts are owed jointly and severally by Defendants Matthew James Turnipseede and Sonya Jagdish Shah Turnipseede.

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Mr. Eickholt in the amount of **$217,511.00**, plus interest to accrue on the unpaid balance at the federal judgment rate, which

. . .

. . .

. . .

. . .

. . .

. . .

. . .

14749-01/2804303_3.docx

total amount **is expressly excepted from Defendant Debtor Matthew James Turnipseede's and Defendant Sonya Jagdish Shah Turnipseede's bankruptcy discharge under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4) and the Order**.

Prepared and Submitted by:

**HOLLEY DRIGGS**

  /s/ Mary Langsner
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Mary Langsner, Ph.D. (NV Bar No. 13707)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

# # #

14749-01/2804303_3.docx

- 3 -



_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 30, 2022

F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email: tedwards@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>MATTHEW JAMES TURNIPSEEDE and<br>SONYA JAGDISH SHAH TURNIPSEEDE,<br><br>Debtors. | Case No. 21-14688-ABL<br>Chapter 7 |
| CHARLES J. LADUCA; BUGGY HOLDINGS LLC; JUAN CESPEDES; JOHN L. EICKHOLT; JAISEN FREEMAN; FREEMAN MASTER HOLDINGS, LLC; JENNIFER NORTH aka JENNIFER FLOYD; JOHN ANDREW PHILLIPS; GAY SU PINNELL; SONIA DASSOW RIBEIRO aka SONIA DASSOW aka SONIA RIBEIRO; ROBERT SCHUERGER; THOMAS WEIHE, BY AND THROUGH HIS REPRESENTATIVE GWEN WEIHE; JEFFREY WRIGHT,<br><br>Plaintiffs,<br><br>v. | Adv. No. 22-01017-ABL<br><br>**JUDGMENT OF NONDISCHARGEABILITY OF DEBT IN FAVOR OF JAISEN FREEMAN AND FREEMAN MASTER HOLDINGS, LLC, AND AGAINST MATTHEW JAMES TURNIPSEEDE AND SONYA JAGDISH SHAH TURNIPSEEDE JOINTLY AND SEVERALLY**<br><br>Judge: Hon. August B. Landis |

14749-01/2804326_3.docx

MATTHEW JAMES TURNIPSEEDE and
SONYA JAGDISH SHAH TURNIPSEEDE,

　　　　　Defendants.

The Court having entered its Order Granting Application for Default Judgment Against Defendants [Docket No. 39] (the "Order"), which Order granted Plaintiff Jaisen Freeman's and Plaintiff Freeman Master Holdings, LLC's *Application for Default Judgment Against Defendants* [Docket No. 30] (the "Application") on all counts advanced in the Complaint on file in this Adversary [Docket No. 1] (the "Complaint"). The Complaint sought a determination of nondischargeability of debt in favor of Plaintiffs Jaisen Freeman and Freeman Master Holdings, LLC (collectively, "Freeman") as against Defendant Matthew James Turnipseede ("Mr. Turnipseede") and Defendant Sonya Turnipseede ("Mrs. Turnipseede"; together with Mr. Turnipseede, the "Defendants"), and that Freeman's claim be determined nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4). On April 18, 2022, the Clerk of Court issued an Entry of Default against each of the Defendants on all counts advanced in the Complaint [Docket Nos. 20, 21]. The Court entered its Order on August 26, 2022, granting Freeman's Application and establishing the amount due and owing to Freeman as **$195,382.00,** plus interest as calculated pursuant to 28 U.S.C. § 1961, with the relevant date for calculation of interest as date of entry of this Judgment, which amounts are owed jointly and severally by Defendants Matthew James Turnipseede and Sonya Jagdish Shah Turnipseede.

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiffs Jaisen Freeman and Freeman Master Holdings, LLC, together, in the amount of **$195,382.00,** plus interest to accrue on

. . .

. . .

. . .

. . .

. . .

. . .

- 2 -

14749-01/2804326_3.docx

1  the unpaid balance at the federal judgment rate, which total amount **is expressly excepted from**

2  **Defendant Debtor Matthew James Turnipseede's and Defendant Sonya Jagdish Shah**

3  **Turnipseede's bankruptcy discharge under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and**

4  **523(a)(4) and the Order**.

5  Prepared and Submitted by:

6  **HOLLEY DRIGGS**

7   /s/ Mary Langsner
   F. Thomas Edwards, Esq. (NV Bar No. 9549)

8  Mary Langsner, Ph.D. (NV Bar No. 13707)
   300 South Fourth Street, Suite 1600

9  Las Vegas, Nevada 89101

10  *Attorneys for Charles J. LaDuca; Buggy*
   *Holdings LLC; Juan Cespedes; John L.*

11  *Eickholt; Jaisen Freeman; Freeman Master*
   *Holdings, LLC; John Andrew Phillips; Gay*

12  *Su Pinnell; Sonia Dassow Ribeiro aka Sonia*
   *Dassow aka Sonia Ribeiro; Robert*

13  *Schuerger; Thomas Weihe, by and through*
   *his representative Gwen Weihe; Jeffrey*

14  *Wright*

15                                                    # # #

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

14749-01/2804326_3.docx



_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 30, 2022

F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email: tedwards@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>MATTHEW JAMES TURNIPSEEDE and<br>SONYA JAGDISH SHAH TURNIPSEEDE,<br><br>Debtors.<br>_____ | Case No. 21-14688-ABL<br>Chapter 7 |
| CHARLES J. LADUCA; BUGGY HOLDINGS LLC; JUAN CESPEDES; JOHN L. EICKHOLT; JAISEN FREEMAN; FREEMAN MASTER HOLDINGS, LLC; JENNIFER NORTH aka JENNIFER FLOYD; JOHN ANDREW PHILLIPS; GAY SU PINNELL; SONIA DASSOW RIBEIRO aka SONIA DASSOW aka SONIA RIBEIRO; ROBERT SCHUERGER; THOMAS WEIHE, BY AND THROUGH HIS REPRESENTATIVE GWEN WEIHE; JEFFREY WRIGHT,<br><br>Plaintiffs,<br><br>v. | Adv. No. 22-01017-ABL<br><br>**JUDGMENT OF NONDISCHARGEABILITY OF DEBT IN FAVOR OF CHARLES J. LADUCA AND AGAINST MATTHEW JAMES TURNIPSEEDE AND SONYA JAGDISH SHAH TURNIPSEEDE JOINTLY AND SEVERALLY**<br><br>Judge: Hon. August B. Landis |

14749-01/2804321_3.docx

MATTHEW JAMES TURNIPSEEDE and
SONYA JAGDISH SHAH TURNIPSEEDE,

Defendants.

The Court having entered its Order Granting Application for Default Judgment Against Defendants [Docket No. 39] (the "Order"), which Order granted Plaintiff Charles J. LaDuca's *Application for Default Judgment Against Defendants* [Docket No. 30] (the "Application") on all counts advanced in the Complaint on file in this Adversary [Docket No. 1] (the "Complaint"). The Complaint sought a determination of nondischargeability of debt in favor of Plaintiff Charles J. LaDuca ("Mr. LaDuca") as against Defendant Matthew James Turnipseede ("Mr. Turnipseede") and Defendant Sonya Turnipseede ("Mrs. Turnipseede"; together with Mr. Turnipseede, the "Defendants"), and that Mr. LaDuca's claim be determined nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4). On April 18, 2022, the Clerk of Court issued an Entry of Default against each of the Defendants on all counts advanced in the Complaint [Docket Nos. 20, 21]. The Court entered its Order on August 26, 2022, granting Mr. LaDuca's Application and establishing the amount due and owing to Mr. LaDuca as **$74,500.00**, plus interest as calculated pursuant to 28 U.S.C. § 1961, with the relevant date for calculation of interest as date of entry of this Judgment, which amounts are owed jointly and severally by Defendants Matthew James Turnipseede and Sonya Jagdish Shah Turnipseede.

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Mr. LaDuca in the amount of **$74,500.00**, plus interest to accrue on the unpaid balance at the federal judgment rate, which

. . .

. . .

. . .

. . .

. . .

. . .

. . .

HOLLEY DRIGGS

- 2 -

14749-01/2804321_3.docx

1    total amount **is expressly excepted from Defendant Debtor Matthew James Turnipseede's and**

2    **Defendant Sonya Jagdish Shah Turnipseede's bankruptcy discharge under 11 U.S.C.**

3    **§§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4) and the Order**.

4    Prepared and Submitted by:

5    **HOLLEY DRIGGS**

6    _/s/ Mary Langsner_
      F. Thomas Edwards, Esq. (NV Bar No. 9549)

7    Mary Langsner, Ph.D. (NV Bar No. 13707)
      300 South Fourth Street, Suite 1600

8    Las Vegas, Nevada 89101

9    *Attorneys for Charles J. LaDuca; Buggy*
      *Holdings LLC; Juan Cespedes; John L.*

10   *Eickholt; Jaisen Freeman; Freeman Master*
      *Holdings, LLC; John Andrew Phillips; Gay*

11   *Su Pinnell; Sonia Dassow Ribeiro aka Sonia*
      *Dassow aka Sonia Ribeiro; Robert*

12   *Schuerger; Thomas Weihe, by and through*
      *his representative Gwen Weihe; Jeffrey*

13   *Wright*

14                                                # # #

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

14749-01/2804321_3.docx

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 30, 2022

F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email: tedwards@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>MATTHEW JAMES TURNIPSEEDE and<br>SONYA JAGDISH SHAH TURNIPSEEDE,<br><br>Debtors.<br>_____<br>CHARLES J. LADUCA; BUGGY HOLDINGS LLC; JUAN CESPEDES; JOHN L. EICKHOLT; JAISEN FREEMAN; FREEMAN MASTER HOLDINGS, LLC; JENNIFER NORTH aka JENNIFER FLOYD; JOHN ANDREW PHILLIPS; GAY SU PINNELL; SONIA DASSOW RIBEIRO aka SONIA DASSOW aka SONIA RIBEIRO; ROBERT SCHUERGER; THOMAS WEIHE, BY AND THROUGH HIS REPRESENTATIVE GWEN WEIHE; JEFFREY WRIGHT,<br><br>Plaintiffs,<br><br>v. | Case No. 21-14688-ABL<br>Chapter 7<br><br><br><br>Adv. No. 22-01017-ABL<br><br><br>**JUDGMENT OF NONDISCHARGEABILITY OF DEBT IN FAVOR OF JOHN ANDREW PHILLIPS AND AGAINST MATTHEW JAMES TURNIPSEEDE AND SONYA JAGDISH SHAH TURNIPSEEDE JOINTLY AND SEVERALLY**<br><br><br>Judge: Hon. August B. Landis |

14749-01/2804318_3.docx

MATTHEW JAMES TURNIPSEEDE and
SONYA JAGDISH SHAH TURNIPSEEDE,

Defendants.

The Court having entered its Order Granting Application for Default Judgment Against Defendants [Docket No. 39] (the "Order"), which Order granted Plaintiff John Andrew Phillips's *Application for Default Judgment Against Defendants* [Docket No. 30] (the "Application") on all counts advanced in the Complaint on file in this Adversary [Docket No. 1] (the "Complaint"). The Complaint sought a determination of nondischargeability of debt in favor of Plaintiff John Andrew Phillips ("Mr. Phillips") as against Defendant Matthew James Turnipseede ("Mr. Turnipseede") and Defendant Sonya Turnipseede ("Mrs. Turnipseede"; together with Mr. Turnipseede, the "Defendants"), and that Mr. Phillips's claim be determined nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4). On April 18, 2022, the Clerk of Court issued an Entry of Default against each of the Defendants on all counts advanced in the Complaint [Docket Nos. 20, 21]. The Court entered its Order on August 26, 2022, granting Mr. Phillips's Application and establishing the amount due and owing to Mr. Phillips as **$239,904.00**, plus interest as calculated pursuant to 28 U.S.C. § 1961, with the relevant date for calculation of interest as date of entry of this Judgment, which amounts are owed jointly and severally by Defendants Matthew James Turnipseede and Sonya Jagdish Shah Turnipseede.

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Mr. Phillips in the amount of **$239,904.00**, plus interest to accrue on the unpaid balance at the federal judgment rate, which total

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 2 -

14749-01/2804318_3.docx

amount **is expressly excepted from Defendant Debtor Matthew James Turnipseede's and Defendant Sonya Jagdish Shah Turnipseede's bankruptcy discharge under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4) and the Order**.

Prepared and Submitted by:

**HOLLEY DRIGGS**

  /s/ Mary Langsner
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Mary Langsner, Ph.D. (NV Bar No. 13707)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

# # #

14749-01/2804318_3.docx

1

2

3
_____
Honorable August B. Landis
United States Bankruptcy Judge



4

Entered on Docket
5 August 30, 2022

6

7   F. Thomas Edwards, Esq. (NV Bar No. 9549)
    Email: tedwards@nevadafirm.com

8   Mary Langsner, Ph.D. (NV Bar No. 13707)
    Email: mlangsner@nevadafirm.com

9   HOLLEY DRIGGS
    300 South Fourth Street, Suite 1600

10  Las Vegas, Nevada 89101
    Telephone: 702/791-0308

11  Facsimile: 702/791-1912

12  *Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen*
    *Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow*

13  *Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through*
    *his representative Gwen Weihe; Jeffrey Wright*

14

15            **UNITED STATES BANKRUPTCY COURT**

16                   **DISTRICT OF NEVADA**

17
    In re:                                    Case No. 21-14688-ABL
18  MATTHEW JAMES TURNIPSEEDE and             Chapter 7
    SONYA JAGDISH SHAH TURNIPSEEDE,
19
                        Debtors.
20
    _____
21  CHARLES J. LADUCA; BUGGY HOLDINGS         Adv. No. 22-01017-ABL
    LLC; JUAN CESPEDES; JOHN L. EICKHOLT;
    JAISEN FREEMAN; FREEMAN MASTER
22  HOLDINGS, LLC; JENNIFER NORTH aka         **JUDGMENT OF**
    JENNIFER FLOYD; JOHN ANDREW               **NONDISCHARGEABILITY OF DEBT IN**
23  PHILLIPS; GAY SU PINNELL; SONIA           **FAVOR OF GAY SU PINNELL AND**
    DASSOW RIBEIRO aka SONIA DASSOW aka       **AGAINST MATTHEW JAMES**
24  SONIA RIBEIRO; ROBERT SCHUERGER;          **TURNIPSEEDE AND SONYA JAGDISH**
    THOMAS WEIHE, BY AND THROUGH HIS          **SHAH TURNIPSEEDE JOINTLY AND**
25  REPRESENTATIVE GWEN WEIHE;                **SEVERALLY**
    JEFFREY WRIGHT,
26
                        Plaintiffs,
27                                            Judge: Hon. August B. Landis
            v.
28
    _____

14749-01/2804306_3.docx

MATTHEW JAMES TURNIPSEEDE and
SONYA JAGDISH SHAH TURNIPSEEDE,

Defendants.

---

The Court having entered its Order Granting Application for Default Judgment Against Defendants [Docket No. 39] (the "Order"), which Order granted Plaintiff Gay Su Pinnell's *Application for Default Judgment Against Defendants* [Docket No. 30] (the "Application") on all counts advanced in the Complaint on file in this Adversary [Docket No. 1] (the "Complaint"). The Complaint sought a determination of nondischargeability of debt in favor of Plaintiff Gay Su Pinnell ("Ms. Pinnell") as against Defendant Matthew James Turnipseede ("Mr. Turnipseede") and Defendant Sonya Turnipseede ("Mrs. Turnipseede"; together with Mr. Turnipseede, the "Defendants"), and that Ms. Pinnell's claim be determined nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4). On April 18, 2022, the Clerk of Court issued an Entry of Default against each of the Defendants on all counts advanced in the Complaint [Docket Nos. 20, 21]. The Court entered its Order on August 26, 2022, granting Ms. Pinnell's Application and establishing the amount due and owing to Ms. Pinnell as **$341,083.00**, plus interest as calculated pursuant to 28 U.S.C. § 1961, with the relevant date for calculation of interest as date of entry of this Judgment, which amounts are owed jointly and severally by Defendants Matthew James Turnipseede and Sonya Jagdish Shah Turnipseede.

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Ms. Pinnell in the amount of **$341,083.00**, plus interest to accrue on the unpaid balance at the federal judgment rate, which total

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 2 -

HOLLEY DRIGGS

1  amount **is expressly excepted from Defendant Debtor Matthew James Turnipseede's and**

2  **Defendant Sonya Jagdish Shah Turnipseede's bankruptcy discharge under 11 U.S.C.**

3  **§§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4) and the Order**.

4  Prepared and Submitted by:

5  **HOLLEY DRIGGS**

6   /s/ Mary Langsner
   F. Thomas Edwards, Esq. (NV Bar No. 9549)

7  Mary Langsner, Ph.D. (NV Bar No. 13707)
   300 South Fourth Street, Suite 1600

8  Las Vegas, Nevada 89101

9  *Attorneys for Charles J. LaDuca; Buggy*
   *Holdings LLC; Juan Cespedes; John L.*

10 *Eickholt; Jaisen Freeman; Freeman Master*
   *Holdings, LLC; John Andrew Phillips; Gay*

11 *Su Pinnell; Sonia Dassow Ribeiro aka Sonia*
   *Dassow aka Sonia Ribeiro; Robert*

12 *Schuerger; Thomas Weihe, by and through*
   *his representative Gwen Weihe; Jeffrey*

13 *Wright*

14                                              # # #

15

16

17

18

19

20

21

22

23

24

25

26

27

28

14749-01/2804306_3.docx

- 3 -



1

2

3    _____
     Honorable August B. Landis
4    United States Bankruptcy Judge

Entered on Docket
5  August 30, 2022

6

7    F. Thomas Edwards, Esq. (NV Bar No. 9549)
     Email: tedwards@nevadafirm.com
8    Mary Langsner, Ph.D. (NV Bar No. 13707)
     Email: mlangsner@nevadafirm.com
9    HOLLEY DRIGGS
     300 South Fourth Street, Suite 1600
10   Las Vegas, Nevada 89101
     Telephone: 702/791-0308
11   Facsimile: 702/791-1912

12   *Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen*
     *Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow*
13   *Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through*
     *his representative Gwen Weihe; Jeffrey Wright*
14

15                    **UNITED STATES BANKRUPTCY COURT**

16                           **DISTRICT OF NEVADA**

17
     In re:                                    Case No. 21-14688-ABL
18   MATTHEW JAMES TURNIPSEEDE and             Chapter 7
     SONYA JAGDISH SHAH TURNIPSEEDE,
19
                         Debtors.
20
     _____
     CHARLES J. LADUCA; BUGGY HOLDINGS         Adv. No. 22-01017-ABL
21   LLC; JUAN CESPEDES; JOHN L. EICKHOLT;
     JAISEN FREEMAN; FREEMAN MASTER
22   HOLDINGS, LLC; JENNIFER NORTH aka         **JUDGMENT OF**
     JENNIFER FLOYD; JOHN ANDREW               **NONDISCHARGEABILITY OF DEBT IN**
23   PHILLIPS; GAY SU PINNELL; SONIA           **FAVOR OF JUAN CESPEDES AND**
     DASSOW RIBEIRO aka SONIA DASSOW aka       **AGAINST MATTHEW JAMES**
24   SONIA RIBEIRO; ROBERT SCHUERGER;          **TURNIPSEEDE AND SONYA JAGDISH**
     THOMAS WEIHE, BY AND THROUGH HIS          **SHAH TURNIPSEEDE JOINTLY AND**
25   REPRESENTATIVE GWEN WEIHE;                **SEVERALLY**
     JEFFREY WRIGHT,
26
                         Plaintiffs,
27                                             Judge: Hon. August B. Landis
            v.
28

14749-01/2804339_3.docx

MATTHEW JAMES TURNIPSEEDE and
SONYA JAGDISH SHAH TURNIPSEEDE,

        Defendants.

The Court having entered its Order Granting Application for Default Judgment Against Defendants [Docket No. 39] (the "Order"), which Order granted Plaintiff Juan Cespedes's *Application for Default Judgment Against Defendants* [Docket No. 30] (the "Application") on all counts advanced in the Complaint on file in this Adversary [Docket No. 1] (the "Complaint"). The Complaint sought a determination of nondischargeability of debt in favor of Plaintiff Juan Cespedes ("Mr. Cespedes") as against Defendant Matthew James Turnipseede ("Mr. Turnipseede") and Defendant Sonya Turnipseede ("Mrs. Turnipseede"; together with Mr. Turnipseede, the "Defendants"), and that Mr. Cespedes's claim be determined nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4). On April 18, 2022, the Clerk of Court issued an Entry of Default against each of the Defendants on all counts advanced in the Complaint [Docket Nos. 20, 21]. The Court entered its Order on August 26, 2022, granting Mr. Cespedes's Application and establishing the amount due and owing to Mr. Cespedes as **$135,668.00**, plus interest as calculated pursuant to 28 U.S.C. § 1961, with the relevant date for calculation of interest as date of entry of this Judgment, which amounts are owed jointly and severally by Defendants Matthew James Turnipseede and Sonya Jagdish Shah Turnipseede.

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Mr. Cespedes in the amount of **$135,668.00**, plus interest to accrue on the unpaid balance at the federal judgment rate, which

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 2 -

14749-01/2804339_3.docx

total amount **is expressly excepted from Defendant Debtor Matthew James Turnipseede's and Defendant Sonya Jagdish Shah Turnipseede's bankruptcy discharge under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4) and the Order**.

Prepared and Submitted by:

**HOLLEY DRIGGS**

  /s/ Mary Langsner
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Mary Langsner, Ph.D. (NV Bar No. 13707)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

# # #

14749-01/2804339_3.docx



_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 30, 2022

F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email: tedwards@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>MATTHEW JAMES TURNIPSEEDE and<br>SONYA JAGDISH SHAH TURNIPSEEDE,<br><br>          Debtors.<br>_____<br>CHARLES J. LADUCA; BUGGY HOLDINGS LLC; JUAN CESPEDES; JOHN L. EICKHOLT; JAISEN FREEMAN; FREEMAN MASTER HOLDINGS, LLC; JENNIFER NORTH aka JENNIFER FLOYD; JOHN ANDREW PHILLIPS; GAY SU PINNELL; SONIA DASSOW RIBEIRO aka SONIA DASSOW aka SONIA RIBEIRO; ROBERT SCHUERGER; THOMAS WEIHE, BY AND THROUGH HIS REPRESENTATIVE GWEN WEIHE; JEFFREY WRIGHT,<br><br>          Plaintiffs,<br><br>          v. | Case No. 21-14688-ABL<br>Chapter 7<br><br><br><br>Adv. No. 22-01017-ABL<br><br><br>**JUDGMENT OF NONDISCHARGEABILITY OF DEBT IN FAVOR OF SONIA DASSOW RIBEIRO AND AGAINST MATTHEW JAMES TURNIPSEEDE AND SONYA JAGDISH SHAH TURNIPSEEDE JOINTLY AND SEVERALLY**<br><br>Judge: Hon. August B. Landis |

14749-01/2804280_3.docx

MATTHEW JAMES TURNIPSEEDE and
SONYA JAGDISH SHAH TURNIPSEEDE,

                    Defendants.

The Court having entered its Order Granting Application for Default Judgment Against Defendants [Docket No. 39] (the "Order"), which Order granted Plaintiff Sonia Dassow Ribeiro's *Application for Default Judgment Against Defendants* [Docket No. 30] (the "Application") on all counts advanced in the Complaint on file in this Adversary [Docket No. 1] (the "Complaint"). The Complaint sought a determination of nondischargeability of debt in favor of Plaintiff Sonia Dassow Ribeiro ("Dassow Ribeiro") as against Defendant Matthew James Turnipseede ("Mr. Turnipseede") and Defendant Sonya Turnipseede ("Mrs. Turnipseede"; together with Mr. Turnipseede, the "Defendants"), and that Dassow Ribeiro's claim be determined nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4). On April 18, 2022, the Clerk of Court issued an Entry of Default against each of the Defendants on all counts advanced in the Complaint [Docket Nos. 20, 21]. The Court entered its Order on August 26, 2022, granting Dassow Ribeiro's Application and establishing the amount due and owing to Dassow Ribeiro as **$121,472.00**, plus interest as calculated pursuant to 28 U.S.C. § 1961, with the relevant date for calculation of interest as date of entry of this Judgment, which amounts are owed jointly and severally by Defendants Matthew James Turnipseede and Sonya Jagdish Shah Turnipseede.

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Dassow Ribeiro in the amount of **$121,472.00**, plus interest to accrue on the unpaid balance at the federal judgment rate,

. . .

. . .

. . .

. . .

. . .

. . .

. . .

HOLLEY DRIGGS

- 2 -

14749-01/2804280_3.docx

1  which total amount **is expressly excepted from Defendant Debtor Matthew James

2  Turnipseede's and Defendant Sonya Jagdish Shah Turnipseede's bankruptcy discharge

3  under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4) and the Order**.

4  Prepared and Submitted by:

5  **HOLLEY DRIGGS**

6    /s/ Mary Langsner
   F. Thomas Edwards, Esq. (NV Bar No. 9549)
7  Mary Langsner, Ph.D. (NBN 13707)
   300 South Fourth Street, Suite 1600
8  Las Vegas, Nevada 89101

9  *Attorneys for Charles J. LaDuca; Buggy
   Holdings LLC; Juan Cespedes; John L.*
10 *Eickholt; Jaisen Freeman; Freeman Master
   Holdings, LLC; John Andrew Phillips; Gay*
11 *Su Pinnell; Sonia Dassow Ribeiro aka Sonia
   Dassow aka Sonia Ribeiro; Robert*
12 *Schuerger; Thomas Weihe, by and through
   his representative Gwen Weihe; Jeffrey*
13 *Wright*

14                                              # # #

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

14749-01/2804280_3.docx

1

2

3    _____
     Honorable August B. Landis
4    United States Bankruptcy Judge

Entered on Docket
5 August 30, 2022



6

7    F. Thomas Edwards, Esq. (NV Bar No. 9549)
     Email: tedwards@nevadafirm.com
8    Mary Langsner, Ph.D. (NV Bar No. 13707)
     Email: mlangsner@nevadafirm.com
9    HOLLEY DRIGGS
     300 South Fourth Street, Suite 1600
10   Las Vegas, Nevada 89101
     Telephone: 702/791-0308
11   Facsimile: 702/791-1912

12   *Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen*
     *Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow*
13   *Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through*
     *his representative Gwen Weihe; Jeffrey Wright*
14

15            **UNITED STATES BANKRUPTCY COURT**

16                  **DISTRICT OF NEVADA**

17   In re:                              | Case No. 21-14688-ABL
18   MATTHEW JAMES TURNIPSEEDE and       | Chapter 7
     SONYA JAGDISH SHAH TURNIPSEEDE,
19
20                    Debtors.
     _____
21   CHARLES J. LADUCA; BUGGY HOLDINGS   | Adv. No. 22-01017-ABL
     LLC; JUAN CESPEDES; JOHN L. EICKHOLT;
22   JAISEN FREEMAN; FREEMAN MASTER
     HOLDINGS, LLC; JENNIFER NORTH aka   | **JUDGMENT OF**
     JENNIFER FLOYD; JOHN ANDREW         | **NONDISCHARGEABILITY OF DEBT IN**
23   PHILLIPS; GAY SU PINNELL; SONIA     | **FAVOR OF ROBERT SCHUERGER AND**
     DASSOW RIBEIRO aka SONIA DASSOW aka | **BUGGY HOLDINGS, LLC, AND**
24   SONIA RIBEIRO; ROBERT SCHUERGER;    | **AGAINST MATTHEW JAMES**
     THOMAS WEIHE, BY AND THROUGH HIS    | **TURNIPSEEDE AND SONYA JAGDISH**
25   REPRESENTATIVE GWEN WEIHE;          | **SHAH TURNIPSEEDE JOINTLY AND**
     JEFFREY WRIGHT,                     | **SEVERALLY**
26
27                    Plaintiffs,
28          v.                           | Judge: Hon. August B. Landis

     14749-01/2804332_3.docx

MATTHEW JAMES TURNIPSEEDE and
SONYA JAGDISH SHAH TURNIPSEEDE,

Defendants.

The Court having entered its Order Granting Application for Default Judgment Against Defendants [Docket No. 39] (the "Order"), which Order granted Plaintiff Robert Schuerger's and Plaintiff Buggy Holdings, LLC's *Application for Default Judgment Against Defendants* [Docket No. 30] (the "Application") on all counts advanced in the Complaint on file in this Adversary [Docket No. 1] (the "Complaint"). The Complaint sought a determination of nondischargeability of debt in favor of Plaintiffs Robert Schuerger and Buggy Holdings, LLC (collectively, "Schuerger") as against Defendant Matthew James Turnipseede ("Mr. Turnipseede") and Defendant Sonya Turnipseede ("Mrs. Turnipseede"; together with Mr. Turnipseede, the "Defendants"), and that Schuerger's claim be determined nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4). On April 18, 2022, the Clerk of Court issued an Entry of Default against each of the Defendants on all counts advanced in the Complaint [Docket Nos. 20, 21]. The Court entered its Order on August 26, 2022, granting Schuerger's Application and establishing the amount due and owing to Schuerger, as **$806,186.00**, plus interest as calculated pursuant to 28 U.S.C. § 1961, with the relevant date for calculation of interest as date of entry of this Judgment, which amounts are owed jointly and severally by Defendants Matthew James Turnipseede and Sonya Jagdish Shah Turnipseede.

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiffs Robert Schuerger and Buggy Holdings LLC, together, in the amount of **$806,186.00**, plus interest to accrue on the unpaid

. . .

. . .

. . .

. . .

. . .

. . .

- 2 -

14749-01/2804332_3.docx

balance at the federal judgment rate, which total amount **is expressly excepted from Defendant Debtor Matthew James Turnipseede's and Defendant Sonya Jagdish Shah Turnipseede's bankruptcy discharge under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4) and the Order**.

Prepared and Submitted by:

**HOLLEY DRIGGS**

 /s/ Mary Langsner
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Mary Langsner, Ph.D. (NV Bar No. 13707)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

# # #

HOLLEY DRIGGS

14749-01/2804332_3.docx

- 3 -



_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 30, 2022

F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email: tedwards@nevadafirm.com
Mary Langsner, Ph.D. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>MATTHEW JAMES TURNIPSEEDE and<br>SONYA JAGDISH SHAH TURNIPSEEDE,<br><br>                    Debtors. | Case No. 21-14688-ABL<br>Chapter 7 |
| CHARLES J. LADUCA; BUGGY HOLDINGS LLC; JUAN CESPEDES; JOHN L. EICKHOLT; JAISEN FREEMAN; FREEMAN MASTER HOLDINGS, LLC; JENNIFER NORTH aka JENNIFER FLOYD; JOHN ANDREW PHILLIPS; GAY SU PINNELL; SONIA DASSOW RIBEIRO aka SONIA DASSOW aka SONIA RIBEIRO; ROBERT SCHUERGER; THOMAS WEIHE, BY AND THROUGH HIS REPRESENTATIVE GWEN WEIHE; JEFFREY WRIGHT,<br><br>                    Plaintiffs,<br><br>          v. | Adv. No. 22-01017-ABL<br><br>**JUDGMENT OF NONDISCHARGEABILITY OF DEBT IN FAVOR OF JEFFREY WRIGHT AND AGAINST MATTHEW JAMES TURNIPSEEDE AND SONYA JAGDISH SHAH TURNIPSEEDE JOINTLY AND SEVERALLY**<br><br>Judge: Hon. August B. Landis |

14749-01/2804311_3.docx

1   MATTHEW JAMES TURNIPSEEDE and
    SONYA JAGDISH SHAH TURNIPSEEDE,
2
                        Defendants.
3

4          The Court having entered its Order Granting Application for Default Judgment Against

5   Defendants [Docket No. 39] (the "Order"), which Order granted Plaintiff Jeffrey Wright's

6   *Application for Default Judgment Against Defendants* [Docket No. 30] (the "Application") on all

7   counts advanced in the Complaint on file in this Adversary [Docket No. 1] (the "Complaint").  The

8   Complaint sought a determination of nondischargeability of debt in favor of Plaintiff Jeffrey

9   Wright ("Mr. Wright") as against Defendant Matthew James Turnipseede ("Mr. Turnipseede")

10  and Defendant Sonya Turnipseede ("Mrs. Turnipseede"; together with Mr. Turnipseede, the

11  "Defendants"), and that Mr. Wright's claim be determined nondischargeable pursuant to 11 U.S.C.

12  §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4).  On April 18, 2022, the Clerk of Court issued an

13  Entry of Default against each of the Defendants on all counts advanced in the Complaint [Docket

14  Nos. 20, 21].  The Court entered its Order on August 26, 2022, granting Mr. Wright's Application

15  and establishing the amount due and owing to Mr. Wright as **$196,500.00**, plus interest as

16  calculated pursuant to 28 U.S.C. § 1961, with the relevant date for calculation of interest as date

17  of entry of this Judgment, which amounts are owed jointly and severally by Defendants Matthew

18  James Turnipseede and Sonya Jagdish Shah Turnipseede.

19         **JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Mr. Wright in the amount of

20  **$196,500.00**, plus interest to accrue on the unpaid balance at the federal judgment rate, which total

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28
                                    - 2 -
    14749-01/2804311_3.docx

amount **is expressly excepted from Defendant Debtor Matthew James Turnipseede's and Defendant Sonya Jagdish Shah Turnipseede's bankruptcy discharge under 11 U.S.C. §§ 523(a)(2)(A), 523(a)(2)(B), and 523(a)(4) and the Order**.

Prepared and Submitted by:

**HOLLEY DRIGGS**

  /s/ Mary Langsner
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Mary Langsner, Ph.D. (NV Bar No. 13707)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Charles J. LaDuca; Buggy Holdings LLC; Juan Cespedes; John L. Eickholt; Jaisen Freeman; Freeman Master Holdings, LLC; John Andrew Phillips; Gay Su Pinnell; Sonia Dassow Ribeiro aka Sonia Dassow aka Sonia Ribeiro; Robert Schuerger; Thomas Weihe, by and through his representative Gwen Weihe; Jeffrey Wright*

# # #

14749-01/2804311_3.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs, and that on the 2nd day of September, 2022, I caused to be served a true and correct copy of **NOTICE OF ENTRY OF JUDGMENTS OF NONDISCHARGEABILITY OF DEBT AGAINST MATTHEW JAMES TURNIPSEEDE AND SONYA JAGDISH SHAH TURNIPSEEDE JOINTLY AND SEVERALLY** in the following manner:

☒    (ELECTRONIC SERVICE)  Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒    (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

| | |
|---|---|
| Matthew James Turnipseede<br>11113 Pine Greens Court<br>Las Vegas, NV 89144 | Matthew James Turnipseede<br>c/o Zachariah Larson, LARSON & ZIRZOW, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, Nevada 89101 |
| Sonya Jagdish Shah Turnipseede<br>11113 Pine Greens Court<br>Las Vegas, NV 89144 | Sonya Jagdish Shah Turnipseede<br>c/o Zachariah Larson, LARSON & ZIRZOW, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, Nevada 89101 |
| Jennifer Floyd North<br>305 S. Chillicothe Street<br>Plain City, OH 43064 | |

☐    (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐    (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

  /s/ Kandy Halsey
An employee of Holley Driggs

14749-01/2820296.docx